Argued October 7, affirmed October 20, 1965

## COLE *v.* COLE

406 P. 2d 790

*Howard R. Lonergan,* Portland, argued the cause and filed a brief for appellant.

*DeMar L. Batchelor,* Hillsboro, argued the cause for respondent. With him on the brief were Schwenn & Bradley.

Before McALLISTER, Chief Justice, and SLOAN, GOODWIN, HOLMAN and LUSK, Justices.

### PER CURIAM.

This is a divorce suit in which the court granted a decree of divorce to the defendant husband on his cross-complaint and awarded him custody of the parties' two children, a girl now in her sixth year, and a boy, aged three years. Plaintiff has appealed from

that part of the decree awarding custody to the father. We have read the testimony with care and are of the opinion that it discloses no reason for disturbing the decision of the trial court.

Affirmed.